UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                       CASE NO.: 1:09-cv254-SPM/AK

C.B. CONTRACTORS, LLC,

    Defendant.
_____/

C.B. CONTRACTORS, LLC,

    Defendant/Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, a Florida corporation;
FLORIDA STATE PLASTERING,
LLC, a Florida limited liability
company; LOWRY CONSTRUCTION
& FRAMING, INC., a Florida
corporation; DAI-COLE
WATERPROOFING COMPANY,
INC., a Georgia corporation; FLOOR
CRETE ENTERPRISES, INC.,
a Texas corporation; RIDGWAY ROOF
TRUSS CO., a Florida corporation

    Third-Party Defendants.
_____/

## ORDER GRANTING MOTIONS FOR EXTENSION OF TIME

    Upon consideration, the unopposed motions for extension of time (docs.

81 and 82) are granted. C.B. Contractors, LLC, shall have up to and including August 16, 2010, to file a response to Dia-Cole Waterproofing Comanty, Inc's Motion to Dismiss Count XVI of the Third-Party Complaint. The Bartram, LLC, shall have up to and including August 23, 2010, to respond to Defendants' Motion for Partial Summary Judgment.

SO ORDERED this 11th day of August, 2010.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge