IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BARTRAM LLC,

    Plaintiff,

v.                                          CASE NO. 1:09-cv-00254-SPM -AK

CAMBRIDGE BUILDERS & CONTRACTORS LLC,
et al,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Third Party Defendant Duffield Aluminum's Motion for Protective Order, seeking to limit discovery to jurisdictional issues only pending disposition of the motion to dismiss (doc. 54). (Doc. 68). The Court has denied the motion to dismiss. (See Doc. 84). Consequently, the motion for protective order (doc. 68) is MOOT.

DONE AND ORDERED this 18th day of August, 2010.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge