UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                          CASE NO.: 1:10cv28-SPM/AK

LANDMARK AMERICAN INSURANCE
COMPANY, et al.,

    Defendants.
_____/

THE BARTRAM, LLC,

    Plaintiff,

v.                                          CASE NO.: 1:09cv254-SPM/AK

C.B. CONTRACTORS, LLC,

    Defendant/Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM et al.,

    Third-Party Defendants.
_____/

## ORDER DENYING MOTION TO CONSOLIDATE
## CASES FOR PURPOSES OF DISCOVERY

This cause comes before the Court on Plaintiff's Motion to Consolidate Case Numbers 1:09cv254-SPM/AK and 1:10cv0028-SPM/AK for Purposes of Discovery. (1:09cv254–doc. 83; 1:10cv28–doc.42). Upon review of the

memorandum in opposition (1:09cv254--doc. 92) filed by Defendant Insurers, the Court finds that consolidation of discovery would not substantially reduce cost or delay, and poses a real risk of undue burden upon other parties.  Accordingly, it is

ORDERED AND ADJUDGED:

1. Plaintiff's Motion to Consolidate Case Numbers 1:09cv254-SPM/AK and 1:10cv0028-SPM/AK for Purposes of Discovery.  (1:09cv254–doc. 83; 1:10cv28–doc.42) is denied.

2. The denial is without prejudice to the parties' ability to coordinate their discovery efforts by their own agreement.

DONE AND ORDERED this 20th day of August, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge