UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                       CASE NO.: 1:09-cv254-SPM/AK

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS &
CONTRACTORS, LLC.,

    Defendants.
_____/

C.B. CONTRACTORS, LLC,

    Defendant/Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, a Florida corporation. et al.,

    Third-Party Defendants.
_____/

## ORDER GRANTING LEAVE TO REPLY

Upon consideration, the motion for leave to reply (doc. 100) is granted. Defendant C.B. Contractors, LLC, and Cambridge Builders & Contractors, LLC, shall have up to and including September 7, 2010, to file a reply to Plaintiff's

response and cross-motion for summary judgment (doc. 97).

SO ORDERED this 30th day of August, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge