UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                             CASE NO.: 1:09-cv254-SPM/GRJ

C.B. CONTRACTORS, LLC and
CAMBRIDGE BUILDERS &
CONTRACTORS, LLC,

    Defendants.
_____/

C.B. CONTRACTORS, LLC,

    Defendant/Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, et al.,

    Third-Party Defendants.
_____/

## ORDER GRANTING MOTIONS FOR EXTENSION OF TIME

        This cause comes before the Court on Plaintiff's motion for leave to file a reply. Doc. 114. Plaintiff's motion does not contain a certificate that it conferred with the opposing side as required under Northern District of Florida Local Rule 7.1(B). Nevertheless, to expedite consideration of the motions and provide all

parties with a fair opportunity to fully present the issues, it is

ORDERED AND ADJUDGED:

1. Plaintiff's motion for leave to file a reply (doc. 114) is granted. Plaintiff shall have up to and including October 8, 2010, to file a reply not to exceed ten pages.

2. Defendants C.B. Contractors and Cambridge Builders shall have up to and including October 15, 2010, to file a sur-reply not to exceed ten pages.

DONE AND ORDERED this 29th day of September, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge