UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                              CASE NO.: 1:09-cv254-SPM/GRJ

C.B. CONTRACTORS, LLC and
CAMBRIDGE BUILDERS &
CONTRACTORS, LLC,

    Defendants.
_____/

C.B. CONTRACTORS, LLC,

    Defendant/Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, et al.,

    Third-Party Defendants.
_____/

## **ORDER VACATING DEFAULT**

Pursuant to the Joint Stipulation to Set Aside Clerk's Default (doc. 113), it is

ORDERED AND ADJUDGED: the clerk's default against Floor Crete (doc.

87) is vacated and set aside.

DONE AND ORDERED this 7th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge