UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                  CASE NO.: 1:09-cv254-SPM/GRJ

C.B. CONTRACTORS, LLC and
CAMBRIDGE BUILDERS &
CONTRACTORS, LLC,

    Defendants.
_____/

C.B. CONTRACTORS, LLC,

    Defendant/Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, et al.,

    Third-Party Defendants.
_____/

## ORDER GRANTING LEAVE TO AMEND THIRD PARTY COMPLAINT

    Upon consideration, Defendant, C.B. Contractors, LLC's Motion for Leave to Amend Third-Party Complaint (doc. 135) is granted. The Amended Third Party Complaint (doc. 136) is accepted as filed. C.B. Contractors, LLC, shall serve process on the new Third-Party Defendants forthwith and serve them with

the Court's modified scheduling order (doc. 13) and all pending notices of depositions.

DONE AND ORDERED this 27th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge