IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                        CASE NO. 1:09-cv-00254-SPM -GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, a Florida corporation,
et al.,

    Third-Party Defendants.

_____/

## O R D E R

This matter is before the Court upon Third-Party Defendant The Preston Partnership, LLC's Unopposed Motion For Enlargement Of Time To Answer Or Otherwise Respond To Defendant/Third-Party Plaintiff C.B. Contractors, LLC's Amended Third Party Complaint. (Doc. 169.) Third-Party Defendant The Preston Partnership, LLC ("Preston") seeks an extension of time up to and including March 16, 2011 to respond to the Amended Third Party Complaint filed by C.B. Contractors, LLC.

(Doc. 136.) Preston represents that its counsel has conferred with counsel for the other parties involved in this action pursuant to Local Rule 7.1(B) and that the other parties to this action do not object to the relief requested in Preston's motion.

Accordingly, upon due consideration, it is **ORDERED**:

(1) Third-Party Defendant The Preston Partnership, LLC's Unopposed Motion For Enlargement Of Time To Answer Or Otherwise Respond To Defendant/Third-Party Plaintiff C.B. Contractors, LLC's Amended Third Party Complaint (Doc. 169) is **GRANTED**.

(2) Preston shall respond to the Amended Third Party Complaint filed by C.B. Contractors, LLC (Doc. 136) by **March 16, 2011**.

**DONE AND ORDERED** this 28th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge