IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                              CASE NO. 1:09-cv-00254-SPM -GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING,
a Florida corporation, et al.,

    Third-Party Defendants.

_____/

## **O R D E R**

This matter is before the Court upon Third-Party Defendant Echelon Engineering, LLC's Unopposed Motion For Enlargement Of Time To Answer Or Otherwise Respond To Defendant/Third-Party Plaintiff's, C.B. Contractors, LLC, Amended Third Party Complaint. (Doc. 175.) Third-Party Defendant Echelon Engineering, LLC ("Echelon") seeks an extension of time up to and including March 16, 2011 to respond to the Amended Third Party Complaint filed by C.B. Contractors, LLC.

(Doc. 136.) Echelon represents that its counsel has conferred with counsel for the other parties pursuant to Local Rule 7.1(B) and that the other parties to this action do not object to the relief requested in Echelon's motion.

Upon due consideration, it is **ORDERED**:

(1) Third-Party Defendant Echelon Engineering, LLC's Unopposed Motion For Enlargement Of Time To Answer Or Otherwise Respond To Defendant/Third-Party Plaintiff's, C.B. Contractors, LLC, Amended Third Party Complaint (Doc. 175) is **GRANTED**.

(2) Echelon shall respond to the Amended Third Party Complaint filed by C.B. Contractors, LLC (Doc. 136) by **March 16, 2011**.

**DONE AND ORDERED** this 8th day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge