IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                           CASE NO. 1:09-cv-00254-SPM -GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, a Florida corporation,
et al.,

    Third-Party Defendants.

_____/

## **O R D E R**

This matter is before the Court upon Third Party Defendant Ridgway Roof Truss Co.'s Motion To Appear At Status Conference Telephonically. (Doc. 178.) Counsel for Third Party Defendant Ridgway Roof Truss Co. ("Ridgway") seeks permission to appear telephonically at the status conference in this case scheduled for March 28, 2011 at 2:00 p.m. Ridgway's counsel advises the Court that because he is located in Hollywood, Florida his client would incur excessive legal fees for travel time to attend

the status conference in person.

Upon due consideration, it is **ORDERED**:

(1)  Third Party Defendant Ridgway Roof Truss Co.'s Motion To Appear At Status Conference Telephonically (Doc. 178) is **GRANTED.**

(2)  Counsel for Ridgway is authorized to appear telephonically at the status conference scheduled in this case for March 28, 2011 at 2:00 p.m.  Ridgway's counsel is directed to coordinate a conference call through the use of a conference call operator so that any other parties who wish to attend telephonically can participate. When all parties are on line and ready to proceed the undersigned should be contacted at (352) 380-2413.[1]

 **DONE AND ORDERED** this 10th day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] The quality of the audioconference is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call.

*Case No: 1:09-cv-00254-SPM -GRJ*