IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                             CASE NO. 1:09-cv-00254-SPM -GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI ROOFING,
a Florida corporation, et al.,

    Third-Party Defendants.

_____/

## **O R D E R**

This matter is before the Court upon Third Party Defendant Duffield Aluminum d/b/a DHI Roofing's Motion To Appear At Status Conference Telephonically. (Doc. 180.) Counsel for Third Party Defendant Duffield Aluminum d/b/a DHI Roofing ("DHI Roofing") seeks permission to appear telephonically at the status conference in this case scheduled for March 28, 2011 at 2:00 p.m. DHI Roofing's counsel advises the Court that because he is located in Miami, Florida his client would incur excessive legal fees for travel time to attend the status conference in person.

Upon due consideration, it is hereby **ORDERED** that:

1. Third Party Defendant Duffield Aluminum d/b/a DHI Roofing's Motion To Appear At Status Conference Telephonically (Doc. 180) is hereby **GRANTED.**

2. Counsel for DHI Roofing is authorized to appear telephonically at the status conference scheduled in this case for March 28, 2011 at 2:00 p.m. Counsel shall make necessary arrangements with counsel for Ridgway Roof Truss Co. to participate in the conference call.

**DONE AND ORDERED** this 11th day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge