IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-00254-SPM -GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI ROOFING,
a Florida corporation, et al.,

    Third-Party Defendants.

_____/

## O R D E R

This matter is before the Court upon (i) Third Party Defendants, The Preston Partnership, LLC and Echelon Engineering, LLC.'s, Motion To Appear At Status Conference Telephonically (Doc. 186) and (ii) Third Party Defendant Floor Crete Enterprises, Inc.'s Motion To Appear Telephonically At Status Conference. (Doc. 187.) Counsel for Third Party Defendant Floor Crete Enterprises, Inc. and counsel for Third Party Defendants The Preston Partnership, LLC and Echelon Engineering, LLC seek permission to appear telephonically at the status conference in this case scheduled for

March 28, 2011 at 2:00 p.m.

Upon due consideration, it is hereby **ORDERED** that:

1. Third Party Defendants, The Preston Partnership, LLC and Echelon Engineering, LLC.'s, Motion To Appear At Status Conference Telephonically (Doc. 186) and Third Party Defendant Floor Crete Enterprises, Inc.'s Motion To Appear Telephonically At Status Conference (Doc. 187) are hereby **GRANTED.**

2. Counsel for The Preston Partnership, LLC and Echelon Engineering, LLC and counsel for Floor Crete Enterprises, Inc. are authorized to appear telephonically at the status conference scheduled in this case for March 28, 2011 at 2:00 p.m. Counsel shall make the necessary arrangements with counsel for Ridgway Roof Truss Co. to participate in the conference call.

**DONE AND ORDERED** this 15th day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge