IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a
DHI ROOFING, a Florida
corporation, et al.,

    Third-Party Defendants.

_____ /

## O R D E R

        Pending before the Court is the Stipulation To Vacate Default filed by Speed Framing, Inc. ("Speed Framing"). (Doc. 250.) Speed Framing is a Fourth Party Defendant in the Fourth Party Complaint filed on February 3, 2011 by Lowry Construction & Framing, Inc. ("Lowry"). (Docs. 146, 147, & 148.) On April 5, 2011, upon Lowry's motion, the Clerk entered a Clerk's default against Speed Framing. (Doc. 218.) Speed Framing requests that the Court set aside the default against it and advises that Lowry stipulates and consents to the setting aside of the default.

Accordingly, upon due consideration, it is **ORDERED** that:

1. Speed Framing, Inc.'s Stipulation To Vacate Default (Doc. 250) is **GRANTED**.

2. The clerk's default entered against Speed Framing on April 5, 2011 (Doc. 218) is **SET ASIDE**.

3. Speed Framing shall respond to Lowry's Fourth Party Complaint on or before **June 3, 2011.**

**DONE AND ORDERED** this 31st day of May, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge