THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                                  CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC,
and CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a
DHI ROOFING, a Florida
corporation, et al.,

    Third-Party Defendants.

_____/

# O R D E R

The matter is before the Court on Third Party Defendant Floor Crete Enterprises Inc.'s Agreed Motion To Postpone The June 13, 2011 Deadline To Disclose And Serve Reports Of Rebuttal Expert Witnesses To June 27, 2011. (Doc. 254.) Floor Crete Enterprises, Inc. ("Floor Crete") requests that the deadline for the disclosure of rebuttal expert witnesses be extended from June 13, 2011 until June 27, 2011. In support of its motion, Floor Crete points out that the mediation has been postponed until August 3-4,

2011 and that Plaintiff on May 25, 2011 provided two supplements to the report of one of its expert witnesses after inspections of the apartment property by several of the parties.  Floor Crete represents that the requested extension would give each of the rebuttal expert witnesses sufficient time to address these recent supplements.  Floor Crete further represents that all parties to this action are in agreement with the relief requested in the motion.

Accordingly, it is hereby **ORDERED** that:

1. Third Party Defendant Floor Crete Enterprises Inc.'s Agreed Motion To Postpone The June 13, 2011 Deadline To Disclose And Serve Reports Of Rebuttal Expert Witnesses To June 27, 2011 (Doc. 254) is **GRANTED**.

2. The deadline for 26(a)(2) disclosures of **rebuttal** expert witnesses and their opinions is extended to **June 27, 2011**.

**DONE AND ORDERED** this 3rd  day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge