IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                              CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI ROOFING,
a Florida corporation, et al.,

    Third-Party Defendants.

_____/

# O R D E R

        This matter is before the Court upon: (1) Third Party Defendant Duffield Alumnium d/b/a DHI Roofing's Motion To Appear At Status Conference Telephonically (Doc. 256); (2) Third Party Defendant/Fourth Party Plaintiff Lowry Construction & Framing, Inc.'s Motion To Appear At Status Conference Via Telephone  (Doc. 258); and (3)  Third Party Defendants The Preston Partnership, LLC and Echelon Engineering, LLC's Motion To Appear At Status Conference Telephonically.  (Doc. 259.)

        Upon due consideration, it is **ORDERED** that:

1. Third Party Defendant Duffield Alumnium d/b/a DHI Roofing's Motion To Appear At Status Conference Telephonically (Doc. 256) is **GRANTED.**

2. Third Party Defendant/Fourth Party Plaintiff Lowry Construction & Framing, Inc.'s Motion To Appear At Status Conference Via Telephone (Doc. 258) is **GRANTED**.

3. Third Party Defendants The Preston Partnership, LLC and Echelon Engineering, LLC's Motion To Appear At Status Conference Telephonically (Doc. 259) is **GRANTED**.

4. Counsel for DHI Roofing, Lowry Construction & Framing and The Preston Partnership and Echelon Engineering are authorized to appear telephonically at the status conference scheduled in this case for June 30, 2011.

5. Counsel are directed to coordinate a conference call with an operator and when all counsel are on line and ready to proceed the undersigned should be contacted at (352) 380-2413.[1]

**DONE AND ORDERED** this 7th day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] The quality of the audioconference is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call.

*Case No: 1:09-cv-254-SPM-GRJ*