IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a
DHI ROOFING, a Florida
corporation, et al.,

    Third-Party Defendants.

_____/

## O R D E R

       This matter is before the Court upon: (1) Defendants C.B. Contractors, LLC And Cambridge Builders & Contractors, LLC's Motion To Appear At Status Conference Telephonically (Doc. 261); (2) Third Party Defendant Ridgway Roof Truss Co.'s Motion To Appear At Status Conference Telephonically (Doc. 263); (3) Fourth Party Defendant Speed Framing, Inc.'s Motion To Appear At Status Conference By Telephone  (Doc. 264); and (4) Third-Party Defendant, Florida State Plastering, LLC's Motion to Appear

At Status Conference Telephonically. (Doc. 265.)

Upon due consideration, it is **ORDERED** that:

1. Defendants C.B. Contractors, LLC And Cambridge Builders & Contractors, LLC's Motion To Appear At Status Conference Telephonically (Doc. 261) is **GRANTED.**

2. Third Party Defendant Ridgway Roof Truss Co.'s Motion To Appear At Status Conference Telephonically (Doc. 263) is **GRANTED**.

3. Fourth Party Defendant Speed Framing, Inc.'s Motion To Appear At Status Conference By Telephone (Doc. 264) is **GRANTED**.

4. Third-Party Defendant, Florida State Plastering, LLC's Motion to Appear At Status Conference Telephonically (Doc. 265) is **GRANTED**.

5. Counsel for C.B. Contractors, LLC, Cambridge Builders & Contractors, LLC, Ridgway Roof Truss Co., Speed Framing, Inc. and Florida State Plastering, LLC are authorized to appear telephonically at the status conference scheduled in this case for June 30, 2011.

6. Counsel are directed to coordinate a conference call with an operator and when all counsel are on line and ready to proceed the undersigned should be contacted at (352) 380-2413.[1]

**DONE AND ORDERED** this 8th day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] The quality of the audioconference is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call.

*Case No: 1:09-cv-254-SPM-GRJ*