IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                          CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a
DHI ROOFING, a Florida
corporation, et al.,

    Third-Party Defendants.

_____/

## O R D E R

This matter is before the Court on Third-Party Defendant Duffield Aluminum d/b/a DHI Roofing's Motion To Appear At Status Conference Via Telephone. (Doc. 267.)

Upon due consideration, it is **ORDERED** that:

1.    Third-Party Defendant Duffield Aluminum d/b/a DHI Roofing's Motion To Appear At Status Conference Via Telephone (Doc. 267) is **GRANTED.**

2.      Counsel for Third-Party Defendant Duffield Aluminum d/b/a DHI Roofing is authorized to appear telephonically at the status conference scheduled in this case for June 30, 2011.

3.      Counsel is directed to coordinate an operated initiated conference call with the other defendants and when all counsel are on line and ready to proceed the undersigned should be contacted at (352) 380-2413.[1]

**DONE AND ORDERED** this 9th day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] The quality of the audioconference is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call.