IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                           CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a
DHI ROOFING, a Florida
corporation, et al.,

    Third-Party Defendants.

_____/

### O R D E R

This matter is before the Court upon Third Party Defendant Floor Crete Enterprises, Inc.'s Motion To Appear Telephonically At Status Conference. (Doc. 270.)

Upon due consideration, it is **ORDERED** that:

1. Third Party Defendant Floor Crete Enterprises, Inc.'s Motion To Appear Telephonically At Status Conference (Doc. 270) is **GRANTED.**

2. Counsel for Floor Crete Enterprises, Inc. is authorized to appear telephonically at the status conference scheduled in this case for June 30,

2011.

3. Counsel is directed to coordinate with other counsel a conference call with an operator and when all counsel are on line and ready to proceed the undersigned should be contacted at (352) 380-2413.[1]

**DONE AND ORDERED** this 14th day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] The quality of the audioconference is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call.