IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                                  CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a
DHI ROOFING, a Florida
corporation, et al.,

    Third-Party Defendants.

_____/

## O R D E R

    This matter is before the Court upon Third Party Defendant Dai-Cole Waterproofing Company, Inc.'s Motion To Appear At Status Conference Telephonically. (Doc. 272.)

    Upon due consideration, it is **ORDERED** that:

    1.    Third Party Defendant Dai-Cole Waterproofing Company, Inc.'s Motion To Appear At Status Conference Telephonically (Doc. 272) is **GRANTED.**

    2.    Counsel for Dai-Cole Waterproofing Company, Inc. is authorized to

  appear telephonically at the status conference scheduled in this case for June 30, 2011.

3. Counsel is directed to coordinate with other counsel a conference call with an operator and when all counsel are on line and ready to proceed the undersigned should be contacted at (352) 380-2413.[1]

**DONE AND ORDERED** this 16th day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] The quality of the audioconference is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call.