THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                                              CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC,
and CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a
DHI ROOFING, a Florida
corporation, et al.,

    Third-Party Defendants.

_____/

## O R D E R

The matter is before the Court on the Notice Regarding June 30, 2011 Status Conference, filed by Plaintiff.  (Doc. 274.)  Pursuant to an order dated November 24, 2010, the Court scheduled quarterly status conferences in this case to discuss any scheduling or discovery issues that may arise during the pendency of this action.  (Doc. 130.)  The next such status conference is currently scheduled for June 30, 2011.  (Doc. 260.)

In its Notice, Plaintiff advises that after communicating with counsel for the other parties in this action there currently are no scheduling or discovery issues that need to be resolved by the Court at the status conference.  Plaintiff further represents that it has no objection to the Court excusing any of the Defendants in this action from participating in the June 30, 2011 status conference.  Because there are no discovery or scheduling issues that need to be resolved by the Court the status conference scheduled in this action for June 30, 2011 at 2:00 p.m. is canceled.

**DONE AND ORDERED** this 27th day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge