THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                  CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, a Florida corporation, et al.,

    Third-Party Defendants.

_____/

**O R D E R**

    Pending before the Court is The Loyd Group's Counsel's Motion For Limited Pro Hac Vice Appearance (Doc. 289), filed by Beth Gordon.   Ms. Gordon represents that she has agreed to represent Third Party Defendant The Loyd Group, Inc. in this action. Ms. Gordon is not currently admitted to the Bar of the Northern District of Florida and accordingly requests permission to appear *pro hac vice* in this action for the next four weeks so that she will have time to complete the requirements for admission to the Bar

of this Court.

Pursuant to Rule 11.1(C)(4) N.D.Fla.Loc.R. "[I]n an exceptional case, when the interest of justice is best served by a waiver of the admission requirements, the judge ... may permit a person not admitted to the bar of this district to temporarily appear in ... the pending matter ... " The Rule further provides that "an appearance permitted under this paragraph applies only to the pending matter, and normally will be conditioned upon prompt compliance with the more formal requirements set out in this rule."

Ms. Gordon has been retained to represent the Loyd Group in this case and she represents that she has initiated the process for completing the requirements for admission to the Bar of this Court. Accordingly, the Court concludes that permitting Ms. Gordon to appear temporarily in this action is in the interest of justice.

Upon due consideration, it is **ORDERED:**

(1) The Loyd Group's Counsel's Motion For Limited Pro Hac Vice Appearance (Doc. 289) is **GRANTED**.

(2) Pursuant to Rule 11.1(C)(4) N.D.Fla.Loc.R., Beth Gordon of The Gordon Law Firm, P.O. Box 734, Williston, Florida 32696 is permitted to appear temporarily as counsel for the Loyd Group in this action conditioned upon prompt compliance with the formal requirements for admission to the Bar of this Court. Ms. Gordon shall complete the requirements for admission specified in Local Rule 11.1(C)(2) on or before **August 23, 2011**.

**DONE AND ORDERED** on this 26th day of July, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge