THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI ROOFING,
a Florida corporation, et al.,

    Third-Party Defendants.

_____/

## **O R D E R**

    The matter is before the Court on Defendant/Third Party Plaintiff C.B. Contractors, LLC's Motion To Permit Electronic Service Of Documents. (Doc. 300.) Defendant C.B. Contractors, LLC ("C.B.") seeks an order permitting electronic service of all documents. According to C.B., the service of pleadings, motions, and notices in this case by U.S. Mail is burdensome and costly due to the number of parties involved in this action. Pursuant to N.D. Fla. Loc. R. 7.1(B), C.B.'s counsel represents he has conferred with all counsel of record in this case and counsel for each party to this case

agree to the requested relief.

Fed. R. Civ. P. 5(b)(2)(E) provides "[a] paper is served under this rule by sending it by electronic means if the person consented in writing–in which event service is complete upon transmission."  N.D. Fla. Loc. R. 5.1(A)(6) provides "service of documents filed electronically shall be through the court's transmission facilities" and "[t]ransmission of the Notice of Electronic Filing constitutes service of the filed document upon each party in the case who is registered as a Filing User and has consented to service by electronic means."

There are 20+ parties to this lawsuit, all of whom must be served with a copy of every pleading, motion, and notice in this case.  Under these circumstances, and recognizing that all parties have consented, service of all pleadings, motions and notices by electronic means is appropriate in this case.

Accordingly, it is **ORDERED** that:

1. Defendant/Third Party Plaintiff C.B. Contractors, LLC's Motion To Permit Electronic Service Of Documents (Doc. 300) is **GRANTED**.

2. The parties are authorized to serve all pleadings, motions, and notices in this case by email. All parties are directed to provide to each other party an email address where email service should be directed.

**DONE AND ORDERED** this 9th day of September, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 1:09-cv-254-SPM-GRJ*