IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                               CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a
DHI ROOFING, et al.,

    Third-Party Defendants.

_____/

**O R D E R**

       Pending before the Court is Third Party Defendant/Fourth Party Plaintiff Lowry Construction & Framing, Inc.'s ("Lowry") Emergency Second Motion For Enlargement Of Time To Perfect Service Of Process. (Doc. 307.) Lowry requests an additional sixty (60) days to perfect service of process on East Coast Construction, LLC, Galanes Construction, Inc., Rose Construction, Inc., and ZM Construction, Inc. (collectively, the "Fourth Party Defendants"). Lowry recently changed counsel and Lowry's new counsel advises the Court counsel just received a copy of the entire case file on September 9,

2011 and therefore requires additional time to determine whether all efforts to serve the fourth party defendants were exhausted by prior counsel.

Accordingly, upon due consideration, it is **ORDERED** that:

(1) Third Party Defendant/Fourth Party Plaintiff Lowry Construction & Framing, Inc.'s Emergency Second Motion For Enlargement Of Time To Perfect Service Of Process (Doc. 307) is **GRANTED**.

(2) The deadline to perfect service upon East Coast Construction, LLC, Galanes Construction, Inc., Rose Construction, Inc., and ZM Construction, Inc. is extended to **November 14, 2011**. No further extensions of time for completing service will be granted.

**DONE AND ORDERED** this 13th day of September, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge