THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                              CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, a Florida corporation, et al.,

    Third-Party Defendants.

_____/

## O R D E R

    The matter is before the Court on Defendants C.B. Contractors, LLC And Cambridge Builders & Contractors, LLC's Agreed Motion To Amend Scheduling Order To Extend Discovery Deadlines.  (Doc. 329.)  Defendants C.B. Contractors, LLC and Cambridge Builders & Contractors, LLC (collectively, "Defendants") request an extension of the current October 31, 2011 discovery deadline until January 31, 2012.  As grounds in support of their request, Defendants point out that multiple Third-Party Defendants have been added to this case since the entry of the last scheduling order,

some of whom have asserted third-party claims.  (Doc. 130.)  Defendants also advise that all parties in this case have been consulted regarding the requested extension and all parties agree to the requested extension of the discovery deadline.

Accordingly, it is hereby **ORDERED** that:

(1)   Defendants C.B. Contractors, LLC And Cambridge Builders & Contractors, LLC's Agreed Motion To Amend Scheduling Order To Extend Discovery Deadlines (Doc. 329) is **GRANTED**.

(2)   The deadline to complete discovery in this case is extended to **January 31, 2012**.

**DONE AND ORDERED** this 27th day of September, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge