UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                    CASE NO.: 1:09-cv254-SPM/GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS &
CONTRACTORS, LLC.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration, Cambridge's unopposed motion for extension of time (doc. 344) is granted. Cambridge shall have up to and including November 3, 2011 to file a response to the motion for partial summary judgment (doc. 334).

SO ORDERED this 18th day of October, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge