UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,
      Plaintiff,

v.                                    CASE NO.: 1:09-cv254-SPM/GRJ

C.B. CONTRACTORS, LLC. et al.,
      Defendants.
_____/

C.B. CONTRACTORS, LLC,
      Defendant/Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, et al.,
      Third-Party Defendants.
_____/

LOWRY CONSTRUCTION & FRAMING, INC.,
      Third-Party Defendant/Fourth-Party Plaintiff,

v.

CMG SIDING, INC., et al.,
      Fourth-Party Defendants.
_____/

## ORDER ON MEDIATION OF THIRD AND FOURTH PARTY CLAIMS

      This cause comes before the Court on Defendant, C.B. Contractors, LLC's

Motion to Extend the Court Ordered Mediation Deadline and Motion to Compel

Mediation (doc. 343) and the response filed by Dai-Cole Waterproofing, Inc. (doc.

354).

Given the number of parties involved in this case and the complexities of the mediation process, the Court finds that personal attendance of the parties, along with their trial counsel and designated corporate and insurance claims representatives, is necessary.  Accordingly, it is

ORDERED AND ADJUDGED:

1.    C.B. Contractors, LLC's motion (doc. 343) is granted.

2.    The parties shall have up to and including January 31, 2012, to complete mediation of the Third and Fourth party claims.

3.    The parties, along with their trial counsel and designated corporate and insurance claims representatives, must appear in person.

DONE AND ORDERED this 22nd day of November, 2011.

s/ Stephan P. Mickle
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:09-cv254-SPM/GRJ