UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,
Plaintiff,

v. CASE NO.: 1:09-cv254-SPM/GRJ

C.B. CONTRACTORS, LLC. et al.,
Defendants.
_________________________________/

C.B. CONTRACTORS, LLC,
Defendant/Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI ROOFING, et al.,
Third-Party Defendants.
_________________________________/

LOWRY CONSTRUCTION & FRAMING, INC.,
Third-Party Defendant/Fourth-Party Plaintiff,

v.

CMG SIDING, INC., et al.,
Fourth-Party Defendants.
_________________________________/

**ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY**

Upon consideration, Duffield 's motion for leave to file a reply (doc. 394) is granted. Duffield shall have up to and including December 13, 2011 to file a

reply not to exceed 10 pages.

SO ORDERED this 9th day of December, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge