THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                    CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI ROOFING,
a Florida corporation, et al.,

    Third-Party Defendants.

_____/

# O R D E R

The matter is before the Court on Defendant/Third Party Plaintiff, C.B. Contractor, LLC's Motion For Extension of Time to File Responses to Third Party Defendants, Floor Crete Enterprises Inc., Florida State Plastering, LLC and Dai Cole Waterproofing Company, Inc/'s Motions For Summary Judgment. (Doc. 398.) C. B. Contractors, LLC ("C.B.") requests an extension of time from December 14, 2011 until December 21, 2011 to respond to the Motions For Summary Judgment, filed by Floor

Crete Enterprises, Inc. (Doc. 371), Florida State Plastering, LLC (Doc. 376), and Dai Cole Waterproofing Company, Inc. (Doc. 387.)   Floor Crete, Florida State and Dai Cole have no objection to the requested extension.

Accordingly, upon due consideration, it is **ORDERED** that:

1. Defendant/Third Party Plaintiff, C.B. Contractor, LLC's Motion For Extension of Time to File Responses to Third Party Defendants, Floor Crete Enterprises Inc., Florida State Plastering, LLC and Dai Cole Waterproofing Company, Inc/'s Motions For Summary Judgment  (Doc. 398) is **GRANTED**.

2. C.B. Contractors, LLC shall have until **December 21, 2011** to file responses to the pending motions for summary judgment. (Docs. 371, 376 & 387.)

**DONE AND ORDERED** this 15th  day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge