THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v().                                              CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI ROOFING,
a Florida corporation, et al.,

    Third-Party Defendants.

_____/

**O R D E R**

    The matter is before the Court on Defendant C.B. Contractors, LLC's Motion To Compel Deposition of Rick Alcala. (Doc. 401.) C. B. Contractors, LLC ("C.B.") requests the Court to enter an order compelling Richard Alcala, CEO of Third-Party Defendant, Alcala Construction Management, Inc. to appear for deposition before the discovery deadline of January 31, 2012.

    According to C.B., since August 2010 it has been attempting to schedule the

deposition of a corporate representative of Third-Party Defendant, Alcala Construction Management, through its CEO, Richard Alcala. Despite requests in September, October and November for an available date for the deposition an available date has not been provided. The discovery deadline in this case is January 31, 2012.

Rather than wait for a response to this motion, the Court will direct Third-Party Defendant, Alcala Construction, to provide C.B. with at least three available dates for the deposition. The deposition shall be scheduled and completed before January 31, 2012. Because completion of this deposition is a priority counsel are expected, if necessary, to reschedule matters in other cases to accommodate the scheduling of this deposition.

Accordingly, upon due consideration, it is **ORDERED** that:

> Defendant C.B. Contractors, LLC's Motion To Compel Deposition of Rick Alcala (Doc. 401) is **GRANTED** consistent with the directives in this Order.

**DONE AND ORDERED** this 15th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge