THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                    CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.

_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI ROOFING,
a Florida corporation, et al.,

    Third-Party Defendants.

_____/

# O R D E R

The matter is before the Court on Plaintiff The Bartram, LLC's Agreed Motion To Compel E-Mails In Their Native Format From Defendant C.B. Contractors, LLC Prior To The January 31, 2012 Deposition of Donnie Holland. (Doc. 412.) Plaintiff, The Bartram LLC ("Bartram") requests the Court to enter an order granting the agreed motion to compel Defendant C.B. Contractors, LLC to produce e-mails in their native format on or before January 23, 2012.

Bartram advises that C.B. Contractors has agreed to produce emails as they are maintained on or before January 23, 2012. Bartram represents that it has agreed to limit the time frame of the emails to the time period of May 1, 2007 through March 31, 2009, a time period immediately before construction to a time period when warranty-related work was still ongoing. Bartram also has agreed that C.B. does not need to produce emails from Len Boyer.

Accordingly, upon due consideration, it is **ORDERED** that:

> Plaintiff The Bartram, LLC's Agreed Motion To Compel E-Mails In Their Native Format From Defendant C.B. Contractors, LLC Prior To The January 31, 2012 Deposition of Donnie Holland (Doc. 412) is **GRANTED**. C.B. Contractors shall produce emails in the format as maintained between May 1, 2007 through March 31, 2009, particularly intra-office emails, pursuant to Bartram's third request for production, excluding emails from Len Boyer. C.B. Contractors shall produce the emails on or before **January 23, 2012** and shall provide Bartram with notice as to where Bartram should send the external hard drive or zip drive and return envelope.

**DONE AND ORDERED** this 23rd day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge