UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.     CASE NO.: 1:09-cv254-SPM/GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS &
CONTRACTORS, LLC.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration, Defendant's unopposed motion for extension of time (doc. 469) to respond to Plaintiff's motion in limine is granted. Defendants shall have up to and including February 6, 2012 to file their response.

SO ORDERED this 30th day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge