THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

      Plaintiff,

v.                                                                          CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

      Defendants.

_____/

C.B. CONTRACTORS, LLC,

      Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI ROOFING,
a Florida corporation, et al.,

      Third-Party Defendants.

_____/

## O R D E R

      The matter is before the Court on the Stipulated Motion To Extend Discovery

Deadline filed by Third Party Defendant/Fourth Party Plaintiff Lowry Construction &

Framing, Inc. ("Lowry").  (Doc. 499.)  The discovery deadline in this case is currently set

for March 30, 2012.  (Doc. 489.)  Lowry advises that the parties have diligently

attempted to schedule the deposition of Jeanette Rivera of Brickell Group Construction,

Inc., the individual who is overseeing the repairs to the apartment project, for the period

prior to March 30, 2012.  Ms. Rivera's deposition is estimated to last  two days and the

parties have attempted to schedule her deposition prior to March 30, 2012, but were

unable to do so.  Accordingly, Lowry requests the Court to extend the discovery

deadline in this case to April 6, 2012 for the sole purpose of allowing the parties to

depose Ms. Rivera and obtain documents from her and her employer, Brickell Group

Construction.  Lowry represents all parties have agreed to hold Ms. Rivera's deposition

the first week in April and Plaintiff has agreed to produce Ms. Rivera for a deposition at

that time.

Accordingly, upon due consideration, it is **ORDERED**:

1.     The Stipulated Motion To Extend Discovery Deadline (Doc. 499), filed by
       Third Party Defendant/Fourth Party Plaintiff Lowry Construction &
       Framing, Inc is **GRANTED**.

2.     The discovery deadline in this case is extended to **April 6, 2012** for the
       sole purpose of allowing the parties to conduct the deposition of Jeanette
       Rivera of Brickell Group Construction, Inc. and to obtain documents
       relevant to her deposition.

**DONE AND ORDERED** this 8th day of March, 2012.

*s / Gary R. Jones*

GARY R. JONES
United States Magistrate Judge