IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC, a Delaware
limited liability company,

       Plaintiff,

v.                                 **CASE NO.: 1:10cv28-SPM/GRJ**

LANDMARK AMERICAN INSURANCE
COMPANY, an Oklahoma corporation;
ROCK HILL INSURANCE COMPANY,
an Arizona corporation; and
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
corporation,

       Defendants.
_____/


THE BARTRAM, LLC,
       Plaintiff,

v.                                 **CASE NO.: 1:09-cv254-SPM/GRJ**

C.B. CONTRACTORS, LLC. et al.,
       Defendant/Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI
ROOFING, et al.,
       Third-Party Defendants.

LOWRY CONSTRUCTION & FRAMING, INC.,

       Third-Party Defendant/Fourth-Party Plaintiff,

v.

CMG SIDING, INC., et al.,
       Fourth-Party Defendants.
_____/

## CORRECTED[1] ORDER OF REFERENCE

This cause comes before the Court on Defendant CB Contractor, LLC's motion for a conference with the Court to "address the protocol for and extent of Bartram's demolition and repair work, preservation of critical evidence, reasonable inspections for Defendants and additional discovery now required prior to trial." (1:09cv254 doc. 496). Defendants in the companion insurance case have joined in the motion. (1:10cv28 doc. *186*).

Because the magistrate judge has been designated to handle these matters, the clerk shall refer the motion to the magistrate judge.

SO ORDERED this 13th day of March, 2012.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Senior United States District Judge

---

[1] The corrected order shows that the document number for the joinder of Defendants in the companion case to the motion for a conference is document 186, not document 170. In all other respects, the order remains the same.

Case No: 1:10cv28 and 1:09cv254