IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                  CASE NO. 1:09-cv-254-SPM-GRJ

C.B. CONTRACTORS, LLC, and
CAMBRIDGE BUILDERS
& CONTRACTORS, LLC,

    Defendants.
_____/

C.B. CONTRACTORS, LLC,

    Third-Party Plaintiff,

v.

DUFFIELD ALUMINUM d/b/a DHI ROOFING,
a Florida corporation, et al.,

    Third-Party Defendants.
_____/

## O R D E R

    Pending before the Court is Defendant/Third Party Plaintiff, C.B. Contractors, LLC's Emergency Motion For a Pretrial Status Conference. (Doc. 496.)  Plaintiff has filed a Response and does not object to a status conference. (Doc. 497.)  C.B. requests the Court schedule a status conference to discuss the protocol for and extent of the demolition and repair work, the preservation of additional evidence, and possible additional discovery. C.B. also represents its counsel has conferred with counsel for all other parties to this action and no party objects to the Court scheduling a status conference.

    Accordingly, upon due consideration, it is **ORDERED**:

    1.    Defendant/Third Party Plaintiff, C.B. Contractor, LLC's Emergency Motion

For a Pretrial Status Conference (Doc. 496) is **GRANTED.**

2.  A **telephonic** hearing is scheduled before Magistrate Judge Gary R. Jones on **Wednesday, March 21, 2012 at 2:00 p.m.** Counsel for C.B. Contractors shall initiate the conference call through the use of a conference call operator and when all parties[1] are on line and ready to proceed the undersigned should be contacted at (352) 380-2413.[2]

**DONE AND ORDERED** this 13th day of March, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] Counsel should also include in the conference call counsel for the Defendant insurance companies in case no. 1:10-cv-28-SPM-GRJ.

[2] The quality of the audioconference is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call.

*Case No: 1:09-cv-254-SPM-GRJ*